# EXHIBIT K


